IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

**IN RE:** Johnson, Terrell L

Printed: 12/02/08

Case Number: 06 B 01065
Judge: Hollis, Pamela S
Filed: 2/8/06

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status: Dismissed: October 20, 2008
Confirmed: April 24, 2006

## SUMMARY OF RECEIPTS & DISBURSEMENTS

|  | Receipts | Disbursements |
|---|---:|---:|
|  | 14,312.00 |  |
| Secured: |  | 11,232.79 |
| Unsecured: |  | 0.00 |
| Priority: |  | 90.75 |
| Administrative: |  | 2,224.76 |
| Trustee Fee: |  | 763.70 |
| Other Funds: |  | 0.00 |
| Totals: | 14,312.00 | 14,312.00 |

## DISBURSEMENT DETAIL

|  | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---:|---:|
| 1. | Macey & Aleman | Administrative | 2,371.00 | 2,224.76 |
| 2. | Net Bank | Secured | 0.00 | 0.00 |
| 3. | SILVER COAST CITADEL CONDO | Secured | 4,006.12 | 1,441.40 |
| 4. | Monterey Financial Services | Secured | 999.00 | 541.94 |
| 5. | Great Bank | Secured | 13,861.05 | 7,893.02 |
| 6. | Net Bank | Secured | 6,042.10 | 1,356.43 |
| 7. | Illinois Dept of Revenue | Priority | 3,301.72 | 37.69 |
| 8. | Internal Revenue Service | Priority | 9,571.41 | 53.06 |
| 9. | Illinois Student Assistance Commission | Unsecured | 0.00 | 0.00 |
| 10. | U.S. Department Of Education | Unsecured | 0.00 | 0.00 |
| 11. | Internal Revenue Service | Unsecured | 101.32 | 0.00 |
| 12. | Midland Credit Management | Unsecured | 103.97 | 0.00 |
| 13. | City Of Chicago Dept Of Revenue | Unsecured | 271.00 | 0.00 |
| 14. | B-Line LLC | Unsecured | 133.22 | 0.00 |
| 15. | Illinois Dept of Revenue | Unsecured | 49.40 | 0.00 |
| 16. | AT&T Wireless | Unsecured | 27.11 | 0.00 |
| 17. | Monterey Financial Services | Unsecured | 120.50 | 0.00 |
| 18. | Card Member Services | Unsecured | 126.53 | 0.00 |
| 19. | MacNeal Memorial Hospital | Unsecured | 70.13 | 0.00 |
| 20. | University Of Chicago Physicians | Unsecured | 104.50 | 0.00 |
| 21. | Illinois Dept Of Employment Sec | Unsecured | 520.20 | 0.00 |
| 22. | UIC Dept Of Surgery | Unsecured | 42.70 | 0.00 |
| 23. | Premium Asset Recovery Corp | Unsecured | 70.13 | 0.00 |
| 24. | Premier Bankcard | Unsecured | 26.62 | 0.00 |
| 25. | Great Bank | Unsecured | 873.87 | 0.00 |
| 26. | Fifth Third Bank | Unsecured |  | No Claim Filed |

## IN THE UNITED STATES BANKRUPTCY COURT FOR THE
## NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

**IN RE:** Johnson, Terrell L

Printed: 12/02/08

Case Number:  06 B 01065
Judge:  Hollis, Pamela S
Filed:  2/8/06

### DISBURSEMENT DETAIL

| | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---|---|
| 27. | FCNB MC | Unsecured | | No Claim Filed |
| 28. | Comcast Cablevision | Unsecured | | No Claim Filed |
| 29. | Applied Card System | Unsecured | | No Claim Filed |
| 30. | Berwyn Emergency Physicians | Unsecured | | No Claim Filed |
| 31. | Jenny Craig | Unsecured | | No Claim Filed |
| 32. | Progressive Insurance Co | Unsecured | | No Claim Filed |
| 33. | Uic-Physicians Group | Unsecured | | No Claim Filed |
| 34. | University of Illinois | Unsecured | | No Claim Filed |
| 35. | Peoples Energy Corp | Unsecured | | No Claim Filed |
| 36. | TCF Bank | Unsecured | | No Claim Filed |
| 37. | St Margaret Hospital | Unsecured | | No Claim Filed |
| 38. | Globus & Cosmos | Unsecured | | No Claim Filed |
| 39. | Fingerhut Credit Advantage | Unsecured | | No Claim Filed |
| | | | $ 42,793.60 | $ 13,548.30 |

### TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---|---|
| 5.5% | 143.38 |
| 5% | 87.74 |
| 4.8% | 140.40 |
| 5.4% | 316.14 |
| 6.5% | 76.04 |
| | $ 763.70 |

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

Marilyn O. Marshall, Trustee, by:

